# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. SW F 06-0256 LJO DLB |
| Plaintiff, | **ORDER TO RECUSE DISTRICT JUDGE AND TO REASSIGN TO A MAGISTRATE JUDGE** |
| vs. | |
| BANK OF AMERICA ACCOUNT NO. 11646-06416, | |
| Defendant. | |

On the basis of good cause, United States District Judge Lawrence J. O'Neill recuses himself from this action and requests this Court's clerk to reassign this action to a magistrate judge. Upon reassignment, all papers shall bear the new case number with the new magistrate judge's initials.

IT IS SO ORDERED.

**Dated:   May 31, 2007**            /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE

1